

**IT IS ORDERED as set forth below:**

**Date: April 18, 2013**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

```
             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

IN RE:  GEORGE A. MILLER,       {   CHAPTER 13
                                {
                                {
           DEBTOR               {   CASE NO. A12-68467-PWB
                                {
                                {   JUDGE:  BONAPFEL
```

**ORDER DENYING MOTION TO DISMISS HELD MARCH 13, 2013**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for six (6) months following entry of this order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s/_____
Brandi L. Kirkland, Esq.
for Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
GA Bar No.:  423627
brandik@atlch13tt.com

```
            UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

IN RE:   GEORGE A. MILLER,       {   CHAPTER 13
                                 {
                                 {
         DEBTOR                  {   CASE NO. A12-68467-PWB
                                 {
                                 {   JUDGE:  BONAPFEL
```

**DISTRIBUTION LIST**

```
MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1740


GEORGE A. MILLER
102 EAGLE GLEN DRIVE
WOODSTOCK, GA 30189


BERRY & ASSOCIATES
2751 BUFORD HIGHWAY, NE
SUITE 400
ATLANTA, GA 30324-5456
```